```
1  Ronald Wilcox, Esq., 176601
   2160 The Alameda, First Floor, Suite F
2  San Jose, CA 95126
   Tel: (408) 296-0400
3  Fax: (408) 296-0486

4  ATTORNEY FOR PLAINTIFF
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| TAYLOR KREEK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-03887 JW HRL |
| ) | |
| PHYCOM CORP. a/k/a PHYSICIAN ) | PLAINTIFF'S REQUEST TO CONTINUE |
| COMMUNICATION CORP., ) | OCTOBER 2, 2006 CMC to NOVEMBER 27, |
| ) | 2006, and [PROPOSED] ORDER |
| Defendants. ) | |

Plaintiff has served Defendant with the Complaint. Defendant has failed to Answer. Plaintiff will be filing an amended complaint on or before Wednesday, September 27, 2006. Therefore, Plaintiff respectfully requests the Case Management Conference be continued for approximately 60 days, to November 27, 2006.

/s/Ronald Wilcox                              9/25/06
Ronald Wilcox                                 Date

PLAINTIFF'S REQUEST TO CONTINUE CMC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

[~~PROPOSED~~] ORDER

In light of Plaintiff's request, the Court hereby continues the October 2, 2006, Case Management Conference to ___November 27, 2006___ at 10 a.m.

**IT IS SO ORDERED.**

_____
HON. JAMES WARE, U.S. District Judge

PLAINTIFF'S REQUEST TO CONTINUE CMC