J. Joseph Wall, Jr., S.B.N. 120760
KORDA, JOHNSON & WALL LLP
Sixty-Six E. Santa Clara Street, Suite 250
San Jose, CA 95113
Telephone     (408) 494-0700
Facsimile      (408) 494-0707

Attorneys for Defendant
PhyCom Corp.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TAYLOR KREEK, on behalf or herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PHYCOM CORP., aka PHYSICIAN, COMMUNICATION CORP.,<br><br>Defendant. | CASE NO.: 5:06 CV 03887   JW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO SET ASIDE DEFAULT |

    Plaintiff Taylor Kreek, who is represented by Ronald Wilcox, and Defendant PhyCom Corp. ("PhyCom"), who is represented by J. Joseph Wall, Jr., hereby stipulate to set aside the default entered in the above-entitled action.

    IT IS HEREBY STIPULATED:

1)    PhyCom acknowledges that it has been properly served with a copy of the First Amended Class Action Complaint;

2)    Plaintiff agrees to set aside the default filed by plaintiff on October 27, 2006; and

3)    PhyCom will file a response to the First Amended Class Action Complaint by Friday

November 10, 2006.

DATED: November 2, 2006

RESPECTFULLY SUBMITTED,

KORDA, JOHNSON & WALL LLP

_____
J. JOSEPH WALL, JR., Attorneys for
PhyCom, Corp.

DATED: November 3 2006

/s/Ronald Wilcox

_____
Ronald Wilcox, Attorney for Plaintiff
Taylor Kreek

Based upon stipulation of the parties through their counsel, IT IS HEREBY ORDERED:

1) That plaintiff's default is set aside; and

2) Defendant will file a response to the complaint by November 10, 2006.

Date: 11/08/2006

_____
Hon. James Ware
Judge of US District Court
Northern District of California

2

STIPULATION AND ORDER