IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Taylor Kreek, | NO. C 06-03887 JW |
|     Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| Phycom Corporation, | |
|     Defendant. | |

    The Court continues the case management conference presently set for November 27, 2006 to **January 8, 2006 at 10 a.m.** to coincide with the hearing on Defendant's Motion to Dismiss. Please take note that the hearing is at 9 AM and the case management conference is at 10 AM. Pursuant to the Civil Local Rules of the Court, the parties shall file a joint case management statement no later than ten (10) days before the date of the conference.

Dated: November 20, 2006

                                                        JAMES WARE
                                                        United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

J. Joseph Wall jwalljr@pacbell.net
O. Randolph Bragg rand@horwitzlaw.com
Ronald Wilcox ronaldwilcox@post.harvard.edu

**Dated: November 20, 2006**                                **Richard W. Wieking, Clerk**

                                           **By:   /s/ JW Chambers**
                                                **Elizabeth Garcia**
                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California