IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Taylor Kreek, | NO. C 06-03887 JW |
|       Plaintiff,<br>v. | **ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS** |
| Phycom Corporation, | |
|       Defendant. | |

On the Court's own motion, the hearing on Defendant's Motion to Dismiss and the case management conference are continued from January 8, 2007 to **February 5, 2007** at 9 a.m. and 10 a.m. respectively.

Dated:  December 27, 2006

                                        JAMES WARE<br>
                                      United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

J. Joseph Wall jwalljr@pacbell.net
O. Randolph Bragg rand@horwitzlaw.com
Ronald Wilcox ronaldwilcox@post.harvard.edu

**Dated: December 27, 2006**          **Richard W. Wieking, Clerk**

                                              **By:  /s/ JW Chambers**
                                                     **Elizabeth Garcia**
                                                     **Courtroom Deputy**

**United States District Court**
For the Northern District of California