Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

**ATTORNEY FOR PLAINTIFF**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TAYLOR KREEK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-03887 JW HRL |
| ) | |
| PHYCOM CORP. a/k/a PHYSICIAN ) | STIPULATION TO CONTINUE 2/5/07 |
| COMMUNICATION CORP., ) | MOTION TO DISMISS and CMC to 2/12/07, |
| ) | and [~~PROPOSED~~] ORDER |
| Defendants. ) | |

The Court, on its own motion, moved the Defendant's Motion to Dismiss, and Case Management Conference, to February 5, 2007. Plaintiff's counsel will be out of the country on such date. The parties have agreed to request the Court to continue the matters for one-week, to February 12, 2007.

Respectfully,

/s/Ronald Wilcox                                        1/19/07
Ronald Wilcox                                           Date
Counsel for Plaintiff

/s/Joe Wall                                             1/19/07
Joseph Wall                                             Date
Counsel for Defendant

**[PROPOSED] ORDER**

In light of the stipulation of the parties, the Court hereby continues the February 5, 2007 Motion to Dismiss Hearing, and Case Management Conference, to February 12, 2007.

**IT IS SO ORDERED.**

_____   DATE: January 22, 2007
HON. JAMES WARE, U.S. District Judge