**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Taylor Kreek, | NO. C 06-03887 JW |
|       Plaintiff, | **ORDER VACATING HEARING AND CASE MANAGEMENT CONFERENCE** |
|   v. | |
| Phycom Corporation, | |
|       Defendant. | |

The Court found it appropriate to take Defendant's Motion to Dismiss under submission without oral arguments. See Civ. L.R. 7-1(b). Accordingly, the hearing presently scheduled on February 12, 2007 is **VACATED**. The Court also **VACATES** the case management scheduled on the same day. The Court will set a new conference date in its Order regarding the pending motion.

Dated: February 7, 2007

                                                                          JAMES WARE
                                                                         United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

J. Joseph Wall jwalljr@pacbell.net
O. Randolph Bragg rand@horwitzlaw.com
Ronald Wilcox ronaldwilcox@post.harvard.edu

**Dated: February 7, 2007**                                    **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers
         Elizabeth Garcia
         Courtroom Deputy**

**United States District Court**
For the Northern District of California